RECEIVED
MAY 9 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

FILED
MAY 1 7 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States District Court
Western District of Texas
San Antonio Division

Plaintiff,

Ms Evelyn W. Jacob

V.

&
&
&
&
&

A02CA 302JN

Defendants,

Arcell Jacob, Sr.;
State of Mississippi, Attorney General Ken White-DPS, Mental Health Division-Madeline Smith, Director, Willie B. Bumfield and Mabel White, MD;
State of Texas-Attorney General John Cornyn, County Attorney Ken Oden, DPS-Thomas A. Davis, Jr., Director, Baytown Police Department-Mayor Pete Alsarra, Chief of Police- Charles Schaffer, Houston Police Department- Larry Norris, Phillip Shaffer, Austin Police Department- Sgt. Ken, Mike Lee, Taff Austin; Mental Health Division, Dr. James N. Flack, San Jacinto Methodist Hospital, Dr. Linda Taylor, Dr. Vaidyanath Iyer, Cypress Creek Hospital-Theresa Kidd (nurse), Judge William C. Mc Culloh, and Judge Jim Scanlan,

Allegations:

   Ordered pursuant to Texas Health and Safety Code, Sec. 574.106 that authorize to administer to me antipsychotics medication from about 1981 to 2002 at mental health facilities by the following personnel as determined by the State of Texas involuntarily without just cause.   Exhibit 1
   Also, having done so without patient being legally represented. The patient was not notified properly and was not incoherent to function as an adult. I did not have a history of mental illness.   Exhibit 2
   I am not a schizophrenia or chronic paranoid or psychotic. I'm not auditory helicons or paranoid delusion in any way. The origin of the case was never properly studied.   Exhibit 1
   The states of Mississippi and Texas have failed to apprehend a group of white people (stalkers) banded together to do harm intentional to my family and me. They are using loud speakers of some sort for the sole purpose to show me and other black people that slavery is still alive. This constitutes a violations of Amendment 13 in that slavery is prohibited by the U.S. Constitutions becausre this is an actinvoluntary treatment. My Civil Rights were violated according to the Civil Rights Act of 1968.   Exhibit   3
   We are harassed at church, stores, highways, airlines, schools, workplace, etc. My telephones are tampered and my mail is sometimes delayed. Some mail of importance I never get at all. This is an example of being retaliated against in the public and being used as insane.   Exhibit 3 & 4
   This is an act of racial discrimination and sexual harassment as well.

Parities:

Plaintiff,

   Ms Evelyn W. Jacob
   5417 South MoPac Expwy # 404
   Austin, TX 78749-1106

Defendants,

   Arcell Jacob, Sr.
   220 Reid Road



Kokomo, MS  39643

Willis B. Bumfield, Greenwood (Chancellor) (Chancery Clerk)
Greenwood, MS  38935
 Life Health, Madline Smith-Director
 Mabel White, MD
 Old Browning Road
 P.O. Box 1505
 Mental Health Division
 Greenwood, MS  38935

Thomas H. Davis, Jr., Director
 Public Safety Department
 Headquarters Complex
 5805 North Lamar Blvd
 Austin, TX  78752

Mayor Pete ~~Schaffer~~ Alsama, City Hall
 2401 Market St.
  Baytown, TX  77520

Chief of Police, Charles Schaffer
 Baytown Police Department
 3200 Main Street
 Baytown, TX 77521

Larry Norris, Policeman
  Houston Police Department
  49 San Jacinto, Courthouse Annex 21
  Houston, TX 77002

Phillip Shaffer, Badge #4661
 Houston Police Department
 2855 Bay Area Blvd
 Houston, TX 77058

Judge Jim Scanlan
 2800 S. MacGregor
 Houston, TX 77021

Judge William McCulloh
 2800 S. MacGregor
 Houston, TX 77021

Dr. Linda Taylor
 P.O. Box 26529
 4131 Spicewood Springs Rd
  Building K, Suite #3
  Austin, TX 78759

Dr. Vaidyanath Iyer
  110 Cypress Station Dr. #111
  Houston, TX 77090

Dr. James N. Flack
  3111 Babury

Houston, TX 77027

Peggy Dowdy
&
San Jacinto Methodist Hospital
1101 Decker Dr.
Baytown, TX 77520

Theresa Kidd
&
Cypress Creek Hospital
17750 Cali Drive
Houston, TX 77090

Austin Police Department
Ken Oden-County Attorney
Taff Austin
Mike Lee
Sgt Ken
314 West 11th Street
Austin, TX 78701


Statement of Claim:

 Each time I was treated involuntarily by individuals who did not have all the facts and didn't care in my case. The hospitalization was done out of revenge, spite and jealousy. I experience mostly what other experience in having someone else speak vengeful of him or her.
 I am a thirty-four year veteran public school teacher. I have a MED degree and a nice family in which many weren't comfortable with being black. I have never harmed anyone. I have worked with thousands of school children and people. These defendants have participated most of them knowingly without good cause using poor judgement for over twenty years. I haven't been taken seriously enough by these defendants to get to know the real me properly or use good judgement. Each went alone with paper work.
        Exhibit    5
 My former husband didn't want me to have a professional career, out of jealousy and he used others as well as he was used. This was the command followed.
 The medication cause pain such as high blood pressure, swelling of the limbs and the left side has poor blood circulation or temporarily paralysis, eyes swell, etc. Also, I lost my home. I lost employment in Houston ISD as well.   Exhibit    6
 The defendants have continuously detained me and held me in detention for as much as a month or more at a time, unecessarily to medicate involuntarily on such medication as Risperdal 2 MG three times daily.
 I have been so shocked. For example, I didn't know many times I was going to be picked up by authories because I may have been only talking in a way that other may disagree as to what was stated by me or written. I was taken to the hospital because someone wanted me to be there and not a medical reason. I didn't cook or he didn't like what I cooked or the way I cooked. They didn't like my personal views or sex life. I'm a victim of sexual abuse.


Relief:

 I want the court to deny anyone the right to pick up any one patient or me that suffer or suffering from such hideous crime. To deny anyone accesses to paperwork that's illegal to confine or detain a person without just cause. It should be inadmissible to bring a person to a mental detention or facility without having paper work or legal documents from both parties before being admitted to a clinic.

I want my documents before coming to the hospital in advance to get legal counsel. I feel I deserve that much as a human with certain constitutional rights.

I feel I deserve just compensation for being involuntarily medicated, stressed, loss of work, family, embarrassed, belitted, etc., by people especially in Mississippi, Arkansas, and Texas. The problem has been several white people from these states want to sue for me. They want me to betray my family and friends. One white woman wants me to leave my job and family to live with her. They want me to do oral sex on white men. They tell everybody at my work I stink on some type of address system. They tell everyone I suck white men or have sucked white men. This is why they're humiliating me in the public. The bottom line they say is money.            Exhibit    7

Finally, to them I'm a little nigger girl do what we want and we'll leave you alone. My school appraisal's can detest any rumors of this nature. I've taught some tough 9-12 Special Education's students for over 19 years. The subjects I've taught include English, Math and Social Studies. I've taught regular Social Studies for over 11 years. The Special Education classes were multi-handicapped, mental retarded, learning disabled, down syndrown, etc. The class load was sometimes in the excess of 25 per class period.

These numbered years prove that just compensation is incomprehensible. I'll settle for 64 millions. My family and I have suffered tremendously. My home is still engaged in turmoil by the same group of hatred white individuals. It hasn't let up. There is no settlement for the suffering and pain.

I'm asking the court to make these states or individuals pay the court cost for this case for their negligence on my behalf.

I believe under penalty of perjury that the foregoing is true and correct.

Signed this _____9th_____ day of ___May___, 2002.

Ms Evelyn White-Jacob
5417 South MoPac Expwy #404
Austin, TX 78749-1106
512-358-9244

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

## NOTICE OF DOCUMENT(S) NOT IMAGED

Civil Case No.     A-02-CA-302 JN

EVELYN W. JACOB

VS.

ARCELL JACOB, SR., et al

Attachments to
Document #:     3

Description:     Complaint

Filed By:     Plaintiff

File Date:     5/17/02

_____
DEPUTY CLERK